FILE COPY



SHARON KELLER
PRESIDING JUDGE

BARBARA P. HERVEY
BERT RICHARDSON
KEVIN P. YEARY
DAVID NEWELL
MARY LOU KEEL
SCOTT WALKER
MICHELLE M. SLAUGHTER
JESSE F. MCCLURE, III
  JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

DEANA WILLIAMSON
CLERK
(512) 463-1551

SIAN SCHILHAB
GENERAL COUNSEL
(512) 463-1597

Wednesday, May 12, 2021

12th Court of Appeals Clerk
Katrina Mcclenny
1517 W. Front, Room 354
Tyler, TX 75701
* Delivered Via E-Mail *

**Re:** Warren, James Earl
**CCA No.** PD-0118-21                              **COA No.** 12-20-00159-CR
**Trial Court Case No.** 007-0258-18

The court has issued an opinion on the above referenced cause number.

Sincerely,

*Deana Williamson*

Deana Williamson, Clerk

cc:   Presiding Judge 7th District Court (Delivered Via E-Mail)
      District Clerk Smith County (Delivered Via E-Mail)
      District Attorney Smith County (Delivered Via E-Mail)
      Amy R. Blalock (Delivered Via E-Mail)
      Stacey M. Soule (Delivered Via E-Mail)